In the Matter of ALEXANDRA AWAD, as Administratrix of the Estate of SAMUEL AWAD, Deceased, Respondent, against E. AWAD & SONS, INC., et al., Appellants.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

HERMAN WENNEMER, INC., Appellant, v. JOHN T. BRADY & CO., INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See post, p. 733.]

In the Matter of JAMES SHANLEY, Appellant, against WILLIAM P. O'BRIEN, as Police Commissioner in the City of New York, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of HAROLD M. AXLEY et al., Respondents, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.— We think the refusal of the State Liquor Authority to renew petitioners' restaurant liquor license was not an abuse of its authority. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

FRIEDA SCHWARTZ, Respondent, v. ABRAHAM SCHWARTZ, Appellant.— We think the alimony and counsel fee awarded were excessive and should be reduced to the sums set forth herein. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of HAROLD A. DOLLY et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ALBERT ZERKOWITZ, Appellant-Respondent, v. INTRA-MAR SHIPPING CORP. et al., Respondents-Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.